United States District Court
Southern District of Texas
**ENTERED**
September 22, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE D. A. R.[1],<br>Petitioner, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 1:26-cv-913 |
| WARDEN, PORT ISABEL DETENTION CENTER,<br>Respondent. | §<br>§<br>§<br>§ | |

**ORDER REQUIRING STATUS REPORT**

To facilitate review of this petition, it is **ORDERED** that Respondents shall provide a status update **no later than September 29, 2026**. This update should identify the status of Petitioner, Petitioner's detention (and the location thereof), and Petitioner's immigration proceedings along with any documentation relevant to that update.

Signed on September 22, 2026.

Karen Betancourt
United States Magistrate Judge

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.